RECEIVED
JUL 1 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

FILED
JUL 0 1 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Honorable Judge Sparks, 6-28-15

My name is Christian Ramos, case no. A-14-CR-300(2)-SS. I write you this letter in response to your order dated June 22, 2015, holding in abeyance my notice of appeal pending counsel's motion to remove himself as my legal representative. I have a situation and I do not know how to go about handling it. I want to first start by saying that I do not wish to breach my plea agreement; I want to express that I maintain my guilt but I feel as if there was a conflict of interest in my case. I did not want my direct appeal window to close before I could get a non-biased review of my situation. I've also read that the imposition of a leadership enhancement are not cognizable under 2255 ineffective assistance claims. This is why I was trying to obtain counsel through the Federal Public Defenders Office to review my possibility of appeal. I wanted to remove Warren Wolf as my counsel because he could not possibly represent me for issues that I wanted to appeal on. I would like a non-biased review of my case specifically in relation to the leadership enhancement that was given to me. I have reason to believe that I have been taken advantage of and been set up to take responsibility for a certain individual who's brother was once representing me. I believe their actions were unethical in nature, not to mention that I have been financially fleeced-

Page 1 of 4

by both counselors and been made to pay two seperate retainers.

Originally I had retained Thomas Fagerberg to represent me, you might remember that you removed him as my counsel due to a conflict of interest within my case. He then came to me at an attorney visit and stated "I've got another attorney lined up to take your case, he owe's me a few favors". He then appeared a second time, even after Fagerberg was told to stay away from the case, at an attorney visit with Warren Wolf, who he was handing my case off to. I have reason to believe that Fagerberg's relationship to Wolf directly affected the validity of my plea in that my due process rights were violated as a result of defense counsel's conflict of interest, possibly even malfeasance. I believe that I was in some way set up to take the fall as organizer or leader in an attempt to secure a lesser sentence for my former counselors brother. You stated in your order "The only possible appeal in this case, in light of the plea agreement and the record concerning the plea agreement, plea, and sentence, would be an issue of ineffective assistance of counsel." If there is any way you could extend the abeyance order until I can recieve proper –

Page 2 of 4

guidance from either you or an attorney from the Federal Public Defenders Office as to whether I should proceed in a different manner and withdraw my motion for appeal. From what I can understand, from what you wrote, direct appeal can only be taken when a sentenced is imposed over the statutory maximum or in violation of the plea agreement?

My wife originally paid Fagerberg fifteen thousand dollars as a retainer, that was supposed to have been forwarded to Wolf when Fagerberg was removed for the conflict. It was not. My wife then paid another retainer to Wolf to cover the representation of which I believe I signed into contract for twenty thousand dollars. Wolf then was asking for more money after my wife had paid thirty-five thousand dollars combined to the attorney's. There is no way that thirty-five thousand dollars worth of hours have been attributed to the review and representation in my case, normally that would equate to around 100 hours. I am trying to find out how many hours have been attributed and recieve a refund for the remaining balance, or at least the 1st retainer that was supposed to have to have been forwarded. If there is any way for the court to expidite this, it would be greatly appreciated.

Page 3 of 4

I am in no way trying to stall, delay, or waste any of the courts time; I only want my due process and constitutional rights preserved with proper, non-biased representation. Again, I do not want to intentionally breach my plea agreement. I only want to ensure that I am taking the correct procedural path, any guidance would be greatly appreciated.

Thank you for your time and patience your Honor.

Most Sincere,

x  *Christian R.*
Christian Ramos
Case no. A-14-CR-300(7)-SS

Christian Ramos #55109
Bastrop County Sheriff's Office
100 Mill St
Bastrop, Texas 78602

Legal Mail

United States District Courthouse
Sryje Sam Sparks Clerk
501 W. 5th St
Austin, Texas 78701

78701361359

AUSTIN TX 787
30 JUN 2015 PM 3 L